IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. No. 3:25-00086M-1 (BJM) |
| Lai Madden | : |

## MOTION NOTIFYING BAIL VIOLATION

TO THE HONORABLE COURT
DISTRICT OF PUERTO RICO

COMES NOW, **Juan C. Rivera Ramos**, U.S. Probation Officer of this Court, informing that:

1. On February 3, 2025, Mr. Lai Madden was ordered released by the Honorable U.S. Magistrate Judge Bruce J. McGiverin, on a $10,000.00 unsecured bond, with pretrial supervision, drug testing, and other standard conditions of release.

2. Mr. Madden's initial pretrial interview was conducted telephonically. Due to this a drug test was not collected prior to his bail hearing.

3. On February 11, 2025, a home assessment was conducted. During the intervention Mr. Madden was drug tested. The test yielded positive to cannabinoids/marijuana in apparent violation to condition 7m: **"Not use or unlawfully possess a narcotic drug or other controlled substances defined in 22 U.S.C. § 802, unless prescribed by a licensed medical practitioner"**. When questioned Mr. Madden denied using marijuana after his release on bond but admitted using marijuana prior to

his arrest.

3. As a controlling strategy Mr. Madden will continue to be randomly drug tested during the next months to monitor his compliance.

**WHEREFORE,** the undersigned requests that the Court take notice of the contents of this motion and allow Mr. Madden to remain under same conditions of release. Any additional violations will be reported to the Court with the appropriate recommendation.

In San Juan, Puerto Rico, this 13th day of February of 2025.

Respectfully submitted,

LUIS O. ENCARNACION-CANALES
CHIEF U.S. PROBATION OFFICER

*s/Juan C. Rivera-Ramos*
Juan C. Rivera-Ramos, U.S. Probation Officer
United States Probation Office/Pretrial Division
Federico Degetau Federal Office Building
150 Chardón Avenue, Rm. 225
San Juan, P.R. 00918
Telephone: (787) 379-2990
Fax: (787) 766-5651
E-mail: juan_riveraramos@prp.uscourts.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the parties in this case.

*s/Juan C. Rivera-Ramos*

Juan C. Rivera-Ramos, U.S. Probation Officer